IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HDM CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV304 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| TOMMY G. THOMPSON, Secretary | ) | |
| of the U.S. Department of | ) | |
| Health and Human Services, | ) | |
| MRK McCLELLAN, M.D., Ph.D. | ) | |
| Administrator for the Centers | ) | |
| for Medicare and Medicaid | ) | |
| Services, and GHI MEDICARE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| GROUP HEALTH INCORPORATED, | ) | |
| d/b/a GHI MEDICARE, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HDM CORP., | ) | |
| | ) | |
| Counter-Claim Defendant. | ) | |

This matter is before the Court on the joint stipulation for dismissal of counterclaims without prejudice (Filing No. 65). Pursuant thereto,

IT IS ORDERED that the counterclaims are dismissed without prejudice.

DATED this 7th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court